**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| In the matter of:<br><br>**DEL-VAL FOODS, INC.**<br><br>Debtor(s) | Case No. **14-27491-ABA**<br><br>Chapter 7<br><br>Judge **United States Bankruptcy Court** |

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| De Lage Landen<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | 7 | $787.98 |
| **Total Unclaimed Dividends Over $25.00** | | **$787.98** |

Dated: 05/21/2017

/s/ JOHN W. HARGRAVE
JOHN W. HARGRAVE
117 CLEMENTS BRIDGE ROAD
Barrington, NJ 08007
Telephone : (856) 547-6500
Facsimile : (800) 498-5207

cc: U.S. Trustee